MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEMONT XAVIER DIAMANTE DAVIS,<br><br>Defendant. | No. 3:26-cr-00087-ACP-MMS<br><br><u>COUNT 1</u><br>ILLEGAL POSSESSION OF MACHINEGUN<br>Vio. of 18 U.S.C. §§ 922(o) and 924(a)(2)<br><br><u>CRIMINAL FORFEITURE ALLEGATION</u><br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about November 6, 2025, the defendant, LEMONT XAVIER DIAMANTE DAVIS, knowingly possessed a machinegun, as defined in 26 U.S.C. § 5845(b), namely one machinegun conversion device intended for use in converting a weapon into a

machinegun, that is a weapon capable of firing automatically more than one round by a single operation of the trigger.

All of which is in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. § 922(o) set forth in Count 1 of this Indictment, the defendant, LEMONT XAVIER DIAMANTE DAVIS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in and involved in violation of the offense, including but not limited to:

- Machinegun Conversion Device; and
- Anderson Manufacturing, Model: AM-15, 5.56mm caliber rifle, serial number: 24114661.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Christopher Schroeder for
MICHAEL J. HEYMAN
United States Attorney

DATE: 10/21/26